**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | |
|---|---|
| **TRIO ROCCO WILLIAMS,** | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 5:15-CV-319 (MTT-MSH) |
| **MARK CHARLES,** | ) |
| Defendant. | ) |

## ORDER

United States Magistrate Judge Stephen Hyles recommends granting Defendant Charles's motion for summary judgment (Doc. 14) against the Plaintiff on his excessive force claim under Eight Amendment. Doc. 17. The Magistrate Judge recommends granting the motion because it undisputed that the Plaintiff's injury was the result of Charles's unmalicious and unintentional contact with the Plaintiff during Charles's attempt to break up a fight between two other inmates. *Id.* at 4-5. The Plaintiff has not filed an objection to the Recommendation, and the time for doing so has expired.

The Court has carefully reviewed the Magistrate Judge's Recommendation (Doc. 17) and, agreeing with it, **ADOPTS** it as the order of the Court. The Defendant's motion for summary judgment (Doc. 14) is **GRANTED**.

**SO ORDERED**, this 22nd day of December, 2016.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT